# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| v. ) | Case No. EDMO 4:07-MJ-2137-AGF |
| ) | NDMS 2:07-CR101 |
| Leonard McKinney, ) | |
| Defendant. ) | |

## **ORDER**

Cash Bail in the amount of $2,000.00 was posted in the above-styled matter in the United States District Court-Eastern District of Missouri. These funds were received on behalf of the United States District Court-Northern District of Mississippi, and therefore, the Clerk of the United States District Court-Eastern District of Missouri is hereby ORDERED to forward the funds collected to: Clerk, U.S. District Court-Northern District of Mississippi, United States Courthouse, 369 Federal Building, 911 Jackson Avenue East, Oxford, MS 38655.

Dated this 2nd day of November, 2007.

*(signature)*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE